UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA A. WASHINGTON,<br><br>        Plaintiff,<br><br> -against-<br><br>CVS PHARMACY INC.; WSC OF NY, INC.; AND ALL FRONTS INS.,<br><br>        Defendants. | 24cv6456 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the May 28, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 14, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge